**Order entered March 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01317-CV

**THE ESTATE OF MAX D. HOPPER, DECEASED**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## ORDER

Before the Court is court reporter Jackie Galindo's March 6, 2019 letter requesting an additional four to six weeks to file the record. We **GRANT** the request to the extent we **ORDER** the record be filed no later than April 15, 2019. Because the record was first due November 29, 2018, *we caution Ms. Galindo that failure to comply with this order may result in an order that she not sit as a court reporter until the record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Brenda Hull Thompson, Presiding Judge of Probate Court No. 1; Ms. Galindo; and, the parties.

/s/     KEN MOLBERG
            JUSTICE